No. 12–8510.  Gruenberg v. Gempeler et al.  C. A. 7th Cir. Certiorari denied.

No. 12–8525.  Santos v. Florida.  Sup. Ct. Fla.  Certiorari denied.

No. 12–8531.  Triplett v. Donahoe, Postmaster General. C. A. 6th Cir.  Certiorari denied.

No. 12–8543.  Reeves v. United States.  C. A. 7th Cir. Certiorari denied.

No. 12–8548.  Ramsey v. Runion, Director, Virginia Center for Behavioral Rehabilitation.  C. A. 4th Cir.  Certiorari denied.

No. 12–8551.  Stinson v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 12–8552.  Schwartz v. United States.  C. A. 6th Cir. Certiorari denied.

No. 12–8567.  Leach v. Bickell, Superintendent, State Correctional Institution at Huntingdon, et al.  C. A. 3d Cir.  Certiorari denied.

No. 12–8577.  Norris v. Schotten, Warden.  C. A. 6th Cir. Certiorari denied.

No. 12–8579.  Moriarty v. Pennsylvania et al.  C. A. 3d Cir.  Certiorari denied.

No. 12–8580.  Sherman v. United States.  C. A. 4th Cir. Certiorari denied.

No. 12–8594.  Rabbia v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 12–8598.  Gray v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 12–8599.  Funes v. United States.  C. A. 11th Cir. Certiorari denied.

No. 12–8600.  Garcia-Hernandez v. United States.  C. A. 8th Cir.  Certiorari denied.